IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RONALD HOLLEY, SR.

       Plaintiff,                     No. CIV S-06-1646 FCD KJM P

    vs.

MARTIN VEAL, Warden, et al.,

       Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. As provided by Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: September 27, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/mp
holl1646.59